Case 6:17-cv-00005-C   Document 193-1   Filed 08/13/18   Page 1 of 2   PageID 5963

ASME

GROUPS
> EDUCATIONAL RESOURCES
> ENGINEERS SOLVE PROBLEMS

**THE FUNDAMENTAL PRINCIPLES**

Engineers uphold and advance the integrity, honor and dignity of the engineering profession by:

I.  using their knowledge and skill for the enhancement of human welfare;

II.  being honest and impartial, and serving with fidelity their clients (including their employers) and the public; and

III.  striving to increase the competence and prestige of the engineering profession.

**THE FUNDAMENTAL CANONS**

Engineers shall hold paramount the safety, health and welfare of the public in the performance of their professional duties.

Engineers shall perform services only in the areas of their competence; they shall build their professional reputation on the merit of their services and shall not compete unfairly with others.

Engineers shall continue their professional development throughout their careers and shall provide opportunities for the professional and ethical development of those engineers under their supervision.

Engineers shall act in professional matters for each employer or client as faithful agents or trustees, and shall avoid conflicts of interest or the appearance of conflicts of interest.

Engineers shall respect the proprietary information and intellectual property rights of others, including charitable organizations and professional societies in the engineering field.

Engineers shall associate only with reputable persons or organizations.

Engineers shall issue public statements only in an objective and truthful manner and shall avoid any conduct which brings discredit upon the profession.

Engineers shall consider environmental impact and sustainable development in the performance of their professional duties.



Engineers shall not seek ethical sanction against another engineer unless there is good reason to do so under the relevant codes, policies and procedures governing that engineer's ethical conduct.

Engineers who are members of the Society shall endeavor to abide by the Constitution, By-Laws and Policies of the Society, and they shall disclose knowledge of any matter involving another member's alleged violation of this Code of Ethics or the Society's Conflicts of Interest Policy in a prompt, complete and truthful manner to the chair of the Committee on Ethical Standards and Review.