

# IEEE Code of Ethics

Related information

The following is from the IEEE Policies, Section 7 - Professional Activities (Part A - IEEE Policies).

## 7.8 IEEE Code of Ethics

We, the members of the IEEE, in recognition of the importance of our technologies in affecting the quality of life throughout the world, and in accepting a personal obligation to our profession, its members, and the communities we serve, do hereby commit ourselves to the highest ethical and professional conduct and agree:

1. to hold paramount the safety, health, and welfare of the public, to strive to comply with ethical design and sustainable development practices, and to disclose promptly factors that might endanger the public or the environment;

2. to avoid real or perceived conflicts of interest whenever possible, and to disclose them to affected parties when they do exist;

3. to be honest and realistic in stating claims or estimates based on available data;

4. to reject bribery in all its forms;

5. to improve the understanding by individuals and society of the capabilities and societal implications of conventional and emerging technologies, including intelligent systems;

6. to maintain and improve our technical competence and to undertake technological tasks for others only if qualified by training or experience, or after full disclosure of pertinent limitations;

7. to seek, accept, and offer honest criticism of technical work, to acknowledge and correct errors, and to credit properly the contributions of others;

8. to treat fairly all persons and to not engage in acts of discrimination based on race, religion, gender, disability, age, national origin, sexual orientation, gender identity, or gender expression;

9. to avoid injuring others, their property, reputation, or employment by false or malicious action;

### Governance Procedures

- Board 30-Day Review/Approval Process
- Revisions to IEEE Governing Documents
- Glossary of Terms (PDF, 62 KB)
- IEEE Email Terms and Conditions



IEEE websites place cookies on your device to give you the best user experience. By using our websites, you agree to the placement of these cookies. To learn more, read our Privacy Policy.

Accept & Close

- All IEEE Major Boards shall have the opportunity to discuss proposed changes prior to final action by the Board of Directors, and
- An affirmative vote of two-thirds of the votes of the members of the Board of Directors present at the time of the vote, provided a quorum is present, shall be required for changes to be made.

TOP OF PAGE

### About IEEE

IEEE is the world's largest technical professional organization dedicated to advancing technology for the benefit of humanity.

- Learn more about IEEE
- IEEE Mission & Vision

### Membership

- Join
- Renew
- Benefits
- IEEE Collabratec

### Get involved

- Conferences
- Local activities
- Publishing
- Societies
- Councils
- Technical careers
- Volunteer

### Connect with IEEE

Contact & Support

- IEEE Collabratec
- Careers at IEEE
- IEEE Newsroom
- IEEE Media Kit

### Locations

IEEE has a global presence with seven offices internationally.

- IEEE office locations

TOP OF PAGE

Home | Sitemap | Contact & Support | Accessibility | Nondiscrimination Policy | IEEE Privacy Policy | Feedback

© Copyright 2018 IEEE – All rights reserved. Use of this website signifies your agreement to the IEEE Terms and Conditions.
A not-for-profit organization, IEEE is the world's largest technical professional organization dedicated to advancing technology for the benefit of humanity.