IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JUAN SANTIAGO, MARIA SANTIAGO ) <br> ) <br>   Plaintiffs,                   ) <br> ) <br> VS.                                      ) <br> ) <br> CASE IH a/k/a CNH INDUSTRIAL    ) <br> AMERICA, LLC; and                ) <br> ) <br> ROBERT BOSCH GMBH, ROBERT    ) <br> BOSCH, LLC,                          ) <br> ) <br>   Defendants.                 ) | CIVIL ACTION NO. <br> 6:17-CV-00005-C <br><br> JURY TRIAL DEMANDED |

___

**PLAINTIFFS' BRIEF OPPOSING CASE IH'S MOTIONS IN LIMINE 17, 20-21, 23-25 AND CORRESPONDING BOSCH MOTIONS 5, 30, 32 (IMPROPERLY SEEKING TO LIMIT APPROPRIATE JURY ARGUMENT)**

___

# EXHIBIT 6

# FILED UNDER SEAL – PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE THIS WAS SUBMITTED TO THE COURT IN AN ENVELOPE MARKED "FOR *IN CAMERA* REVIEW ONLY"