# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# SAN ANGELO DIVISION

| | |
|---|---|
| JUAN SANTIAGO, MARIA SANTIAGO ) <br> ) <br>   Plaintiffs, ) <br> ) <br> VS. ) <br> ) <br> CASE IH a/k/a CNH INDUSTRIAL ) <br> AMERICA, LLC; and ) <br> ) <br> ROBERT BOSCH GMBH, ROBERT ) <br> BOSCH, LLC, ) <br> ) <br>   Defendants. ) | CIVIL ACTION NO. <br> 6:17-CV-00005-C <br><br> JURY TRIAL DEMANDED |

___

## STATUS REPORT
___

COME NOW Plaintiffs, and hereby submit this Status Report to advise the Court of the pending resolution of this matter.

Following receipt of signed releases from Plaintiffs, Defendant Bosch has up to thirty (30) days and Defendant Case IH has up to sixty (60) days to pay agreed upon settlement funds to Plaintiffs' counsel as trustee for further disbursement. Plaintiffs anticipate filing a Joint or Agreed Stipulation of Dismissal within ten (10) days of receiving the settlement check from Defendants'.

DATED this 6th day of September, 2018.

Respectfully submitted,

THE AMMONS LAW FIRM

By: /s/ *John Gsanger*
John Blaise Gsanger
Federal I.D. No. 20883
State Bar No. 00786662
john@ammonslaw.com
**THE AMMONS LAW FIRM, LLP**
3700 Montrose Blvd
Houston, Texas 77006
Tel:  713/523-1606
Fax:  713/523-4159

**ATTORNEY-IN-CHARGE**

Paul D. Stipanovic
SBN:  00795669
**GOSSETT, HARRISON, MILLICAN & STIPANOVIC, PC**
PO Drawer 911
San Angelo, Texas 76902
Tel: 325/653-3291
Fax: 325/655-6838

Carlos Rodriguez
State Bar No. 24041804
crod@webbstokessparks.com
Mary Noel Golder
State Bar No. 08089700
mngolder@webbstokessparks.com
Max Parker
State Bar No. 15502500
mparker@webbstokessparks.com
**WEBB, STOKES & SPARKS, L.L.P.**
P.O. Box 1271
San Angelo, Texas 76902
Tel:  325/653-6866

Fax: 325/655-1250

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record by e-file and by e-mail on this the 6th day of September, 2018.

Raymond A. Neuer - rneuer@sheehyware.com
Richard A. Sheehy - rsheehy@sheehyware.com
Sheehy, Ware & Pappas, PC
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
*Attorney for Defendant Robert Bosch GmbH*
*Attorneys for Defendant Robert Bosch LLC*

Christopher Trent - ctrent@johnsontrent.com
Raphael C. Taylor - rtaylor@johnsontrent.com
Aimal Wardak - awardak@johnsontrent.com
Johnson, Trent & Taylor, LLP
919 Milam Street, Suite 1700
Houston, Texas 77002
*Attorneys for Defendant CNH Industrial*

                                      By:   */s/ John Gsanger*
                                                John Gsanger